UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| CHARLES EDWARD SMITH, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos. | 3:15-CV-70-TAV |
| | ) | | 3:05-CR-74-TAV-HBG-1 |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## **MEMORANDUM AND ORDER**

Before the Court is the amended pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 filed by Charles Smith ("Petitioner") [Doc. 37]. During pendency of the motion, Petitioner filed two requests for leave to amend his § 2255 petition [Docs. 39, 40]. The latter motion cites the United States Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015), as a novel ground for collateral relief [Doc. 40]. Respondent is **ORDERED** to file a response addressing all of the foregoing motions within thirty (30) days of entry of this order.

    **IT IS SO ORDERED.**

 

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE